UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

KENNETH PETERSON
    Petitioner,

v.

GOVERNOR BILL HASLAM, et al.
    Respondents.

No. 3:14-cv-1718
Judge Nixon

## ORDER

Presently before the Court is a *pro se* prisoner petition (Docket Entry No. 1) under 28 U.S.C. § 2254, for writ of habeas corpus.

The petitioner is an inmate at the Deberry Special Needs Facility in Nashville. The petition states in full :

> I, the Petitioner, ask this Honorable Court to request review of my case as a sponsor for Governor's pardon or clemency or some sentencing relief.
>
> I am currently back in prison on parole violation. Please do not allow this to prejudice against me.
>
> Relief sought clemency or pardon.

Relief is available under § 2254 if the petitioner can show that he is in custody pursuant to the judgment of a state court and that he is being held in custody in violation of the Constitution or laws of the United States. 28 U.S.C. § 2254(a).

The petitioner's plea for clemency, pardon or some type of sentencing relief does not suggest confinement in violation of federal law. Therefore, the petitioner has failed to state a claim upon

which relief under 28 U.S.C. § 2254 can be granted. For that reason, the petition is DENIED and this action is hereby DISMISSED. Rule 4, Rules Governing § 2254 Cases.

Should the petitioner file a timely notice of appeal from this order, such notice shall be treated as an application for a certificate of appealability, 28 U.S.C. § 2253(c), which will not issue because the petitioner has failed to make a substantial showing of a constitutional violation.

It is so ORDERED.

Entered this the 22nd day of August, 2014.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT